AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

KREMERS URBAN, LLC and SCHWARZ PHARMA
MANUFACTURING, INC.,

**SUMMONS IN A CIVIL CASE**

V.

BRAINTREE LABORATORIES, INC.

CASE NUMBER: 06-642

TO: (Name and address of Defendant)

BRAINTREE LABORATORIES, INC.  BRAINTREE LABORATORIES, INC.
C/O SECRETARY OF STATE        60 COLUMBIAN STREET WEST
STATE OF DELAWARE             BRAINTREE, MA 02185-0929
TOWNSEND BUILDING
DOVER, DE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ.
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P. O. BOX 951
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

10/18/06

CLERK                                              DATE

_Bet Dury_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 18, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marian Hogan | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street Dover DE 19901 Serv. It was accepted by Karen Charbonneau @ 4:06 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-18-06         Marian Hogan
             Date              Signature of Server

15 East North Street Dover DE 19901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.