AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC.,

V.

BRAINTREE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-642

TO: (Name and address of Defendant)

BRAINTREE LABORATORIES, INC.
C/O SECRETARY OF STATE
STATE OF DELAWARE
TOWNSEND BUILDING
DOVER, DE

BRAINTREE LABORATORIES, INC.
60 COLUMBIAN STREET WEST
BRAINTREE, MA 02185-0929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ.
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P. O. BOX 951
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    10/18/06

CLERK                                              DATE

_BCT Dey_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>    DATE: October 18, 2006

NAME OF SERVER (PRINT): Jerold S. Loomis    TITLE: Disinterested Person

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 60 Colombian Street West, Braintree, MA
  accepted by Robert Raleigh

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 18, 2006
             *Date*                *Signature of Server*

             P.O. Box 339, Weymouth, MA 02188
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.