IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC., )<br>)<br>) | |
| Plaintiffs, )<br>) | Civil Action No. 06-642-SLR |
| v. )<br>) | |
| BRAINTREE LABORATORIES, INC., )<br>) | |
| Defendant. ) | |

### AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Philip A. Rovner, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc., plaintiffs herein.

2. Defendant Braintree Laboratories, Inc. is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3. On October 18, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Braintree Laboratories, Inc., 60 Columbian Street West, Braintree, MA 02185, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons and Complaint. The return receipt

was received by Philip A. Rovner, Esq. on October 25, 2006, as evidenced by the return receipt attached as Exhibit A.

Dated: October 30, 2006

_____

SWORN AND SUBSCRIBED before me the day and year aforesaid.

757937

_____

MARY ELLEN STACKEL
Notary Public
My Commission Expires 4-9-08

# EXHIBIT A

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *Return Receipt Requested* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

3. Article Addressed to:

Braintree Laboratories
60 Columbian Street
Braintree MA 02185

4a. Article Number: RR 366 086 350

4b. Service Type:
☒ Registered   ☐ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X A. Biller

PS Form 3811, December 1994   102595-98-B-0229   Domestic Return Receipt