IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> BRAINTREE LABORATORIES, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) C.A. No. 06-642-SLR ) ) ) ) ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Braintree Laboratories, Inc. shall answer, move or otherwise respond to Plaintiffs Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc.'s Complaint is extended through and including November 21, 2006.

/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon, LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

_____
Frederick L. Cottrell, III (#2555)
Alyssa M. Schwartz (#4351)
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7700
cottrell@rlf.com
schwartz@rlf.com

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

RLF1-3077015-1