IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-642-SLR<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT BRAINTREE LABORATORIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Braintree Laboratories, Inc. advises the Court that it: (i) is a wholly-owned subsidiary of Braintree Holdings and (ii) there is no publicly held corporation that owns 10% or more of stock in Braintree Laboratories, Inc.

/s/ *signature*
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7700

*Attorneys for Defendant Braintree Laboratories, Inc.*

Of Counsel:
William F. Lee
David B. Bassett
Michelle D. Miller
Cynthia D. Vreeland
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: November 29, 2006

RLF1-3085994-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and hand delivered a copy to the following:

Phillip A. Rovner, Esq.
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19899

I hereby certify that on November 29, 2006, a true and correct copy of the foregoing document was served by Federal Express on the following non-registered counsel of record:

Brian M. Poissant, Esq.
Jones Day
222 East 41st Street
New York, NY  10017-6702

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
(302) 651-7700
schwartz@rlf.com