IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-642-SLR |

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS
KREMERS URBAN, LLC AND SCHWARZ PHARMA MANUFACTURING, INC.**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiffs Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc. advise the Court that both companies are indirect, wholly-owned subsidiaries of Schwarz Pharma, Inc., which is a wholly-owned subsidiary of Schwarz Pharma USA Holdings, which is a wholly-owned subsidiary of Schwarz Pharma AG, a publicly traded company.

OF COUNSEL:

Brian M. Poissant
JONES DAY
222 East 41st Street
New York, New York  10019-6702
(212) 326-3939

Dated: December 8, 2006
766631

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware  19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Plaintiffs
Kremers Urban, LLC and
Schwarz Pharma Manufacturing, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 8, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

> Frederick L. Cottrell, III, Esq.
> Alyssa M. Schwartz, Esq.
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> cottrell@rlf.com
> schwartz@rlf.com

I hereby certify that on December 8, 2006 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participants:

> William F. Lee, Esq. (william.lee@wilmerhale.com)
> David B. Bassett, Esq. (david.bassett@wilmerhale.com)
> Michelle D. Miller, Esq. (michelle.miller@wilmerhale.com)
> Cynthia D. Vreeland, Esq. (cynthia.vreeland@wilmerhale.com)
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

> /s/ Philip A. Rovner
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> provner@potteranderson.com