IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC. <br><br> Defendant. | C.A. No. 06-642-SLR |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Steven J. Fineman of Richards, Layton & Finger is substituted for Alyssa M. Schwartz of Richards, Layton & Finger, as counsel for Braintree Laboratories, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Braintree Laboratories, Inc. in this matter.

Of Counsel:
William F. Lee
David B. Bassett
Michelle D. Miller
Cynthia D. Vreeland
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109
(617) 526-6000

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0551
(302) 651-7700

Attorneys for Braintree Laboratories, Inc.

Dated: December 28, 2006

RLF1-3089031-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I caused to be served by hand delivery the foregoing document(s) and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on December 28, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participant:

Brian M. Poissant
Jones Day
222 East 41st Street
New York, New York  10017-6702

Steven J. Fineman (#4025)
fineman@rlf.com