

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140  Direct Phone
302 658-1192  Fax

January 18, 2007

**BY E-FILE**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

> Re:  Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc.
>      v. Braintree Laboratories, Inc.,
>      D. Del., C.A. No. 06-642-SLR

Dear Chief Judge Robinson:

      Pursuant to the Court's directive at the January 16, 2007 pretrial conference in *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, C.A. No. 03-477-SLR, I am enclosing for Your Honor's review and approval a proposed Stipulated Order Staying Proceedings in the above-referenced action.

      Counsel are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      /s/ Philip A. Rovner

      Philip A. Rovner
      provner@potteranderson.com

PAR/mes/773268
Enc.
cc: Steven J. Fineman, Esq. – by E-file and e-mail