IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN, LLC and SCHWARZ PHARMA MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 06-642-SLR |

## STIPULATED ORDER STAYING PROCEEDINGS

WHEREAS, Plaintiffs Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc. ("Kremers") initiated this action, 06-642-SLR on October 17, 2006, alleging that Braintree Laboratories, Inc. ("Braintree") violated Section 2 of the Sherman Act, 15 U.S.C. § 2; engaged in unfair competition; and committed tortious interference with Kremers' business advantage/opportunities in bringing the litigation captioned *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civil Action No. 03-477-SLR, which is also before this Court;

WHEREAS, this action is closely related to *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civil Action No. 03-477-SLR and involves substantially the same issues of fact and law;

WHEREAS, *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civil Action No. 03-477-SLR has completed all discovery and is currently scheduled for trial starting on January 29, 2007;

WHEREAS, the majority of the issues in this action will likely turn on the outcome of *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civil Action No. 03-477-SLR; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all activity in this action is stayed pending this Court's resolution of *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civil Action No. 03-477-SLR or further Order by this Court.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Steven J. Fineman<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>(302) 651-7700<br>Cottrell@rlf.com<br>fineman@rlf.com |

OF COUNSEL:

Brian M. Poissant
Jones Day
222 East 41st Street
New York, NY 10018
(212) 326-3939

Michelle K. Fischer
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

*Attorneys for Plaintiffs Kremers Urban, LLC and Schwarz Pharma Manufacturing, Inc.*

OF COUNSEL:

David B. Bassett
Michelle D. Miller
Cynthia D. Vreeland
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Braintree Laboratories, Inc.*

SO ORDERED this _____ day of January, 2007.

_____
United States District Judge

773260