## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KREMERS URBAN LLC and SCHWARZ PHARMA MANUFACTURING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC. <br><br> Defendant. | Civil Action No. 06-642-SLR |

### STIPULATION OF DISMISSAL

WHEREAS, plaintiffs, Kremers Urban LLC and Schwarz Pharma Manufacturing, Inc., and defendant, Braintree Laboratories, Inc., have agreed to settle all claims arising out of the pleadings in the above-captioned action on terms including: (1) adherence to the provisions of a Settlement Agreement and Mutual Release, effective April 29, 2009; and (2) entry of the following Stipulation of Dismissal.

ACCORDINGLY, IT IS HEREBY STIPULATED by the parties pursuant to Fed. R. Civ. P. 41(a), subject to approval by the Court, that all claims asserted by the parties in this action are hereby dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated: April 29, 2009

Respectfully submitted,

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP <br><br> /s/ <br> Philip A. Rovner (#3215) <br> Hercules Plaza <br> 1313 N. Market Street <br> P.O. Box 9551 <br> Wilmington, DE 19899 <br> (302) 984-6000 | RICHARDS, LAYTON & FINGER, P.A. <br><br> /s/ <br> Frederick L. Cottrell, III (#2555) <br> Steven J. Fineman (#4025) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899-0551 <br> (302) 651-7700 |

NYI-4179574v1

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Brian M. Poissant<br>Jones Day<br>222 East 41st Street<br>New York, NY 10018<br>(212) 326-3939 | David B. Bassett<br>Michelle D. Miller<br>Cynthia D. Vreeland<br>Vinita Ferrera<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| Michelle K. Fischer<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939 | |
| *Attorneys for Plaintiffs Kremers Urban LLC and Schwarz Pharma Manufacturing, Inc.* | *Attorneys for Defendant Braintree Laboratories, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2009.

_____
Honorable Judge Sue L. Robinson
United States District Court Judge